Eric A. Savage (N.J. Bar No. 010491986)
Jeannine R. Idrissa (N. J. Bar No. 026682003)
**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NIA BARNETT,<br><br>        Plaintiff,<br><br>-against-<br><br>INVENTIV HEALTH, LLC.<br><br>        Defendant. | Civil Action No. 2:16-cv-03239<br>(SDW)(LDW)<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nia Barnett and the undersigned counsel of record for inVentiv Commercial Services, LLC (misidentified in the Complaint as "inVentiv Health, LLC"), that the above action shall be and is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

                                                                             **LITTLER MENDELSON, P.C.**

By: _/s/ Nia Barnett_                         By: _/s/ E A Savage_
Nia Barnett, Plaintiff *Pro Se*              Eric A Savage, Esq.
11 Park Place, Apt. 305                  One Newark Center, 8th Floor
Bloomfield, New Jersey 07003         Newark, New Jersey 07102
                                              Attorneys for Defendant

Date: 4/28/17                                Date: OCT 25, 2017

Firmwide:147300791.1 068953.1040

                                                   **So Ordered**
                                        this 26th day of Oct 2017

                                        Susan D. Wigenton, U.S.D.J.